**EXHIBIT A**

**PLEASE TAKE A MOMENT TO REVIEW THIS LOAN AGREEMENT CAREFULLY. YOU WILL BE REQUIRED TO ELECTRONICALLY SIGN AND DATE IT. YOU WILL ALSO ELECTRONICALLY SIGN AND DATE THE DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATIONS.**

Loan #: [redacted]359L

| **Agreement Date: 2021-08-23**<br>**Effective Date: 2021-08-24** | **Loan #:** [redacted]**359L**<br>**Loan Type:** |
|---|---|
| West Side Lending, LLC<br>Po Box 687<br>Keshena, WI 54135<br>Phone: 888-217-7531 | Name: JOSEPH MORGAN<br>Address: [redacted]<br>City: [redacted]<br>State: IL, Zip: [redacted]<br>Phone: [redacted]<br>Email Address: [redacted] |

**TRUTH IN LENDING DISCLOSURES**

| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The total dollar amount the credit will cost you. | **Amount Financed** The amount of credit provided to you or on your behalf. | **Total of Payments** The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 777.51% | $10,028.89 | $1,500.00 | $11,528.89 |

Your Payment Schedule will be:

| Payment Date | Payment Due |
|---|---|
| 2021-09-03 | $320.90 |
| 2021-09-17 | $449.07 |
| 2021-10-01 | $449.07 |
| 2021-10-15 | $449.07 |
| 2021-10-29 | $449.07 |
| 2021-11-12 | $449.07 |
| 2021-11-26 | $449.07 |
| 2021-12-10 | $449.07 |
| 2021-12-24 | $449.07 |
| 2022-01-07 | $449.07 |
| 2022-01-21 | $449.07 |
| 2022-02-04 | $449.07 |
| 2022-02-18 | $449.07 |
| 2022-03-04 | $449.07 |
| 2022-03-18 | $449.07 |
| 2022-04-01 | $449.07 |
| 2022-04-15 | $449.07 |

| | |
|---|---|
| 2022-04-29 | $449.07 |
| 2022-05-13 | $449.07 |
| 2022-05-27 | $449.07 |
| 2022-06-10 | $449.07 |
| 2022-06-24 | $449.07 |
| 2022-07-08 | $449.07 |
| 2022-07-22 | $449.07 |
| 2022-08-05 | $449.07 |
| 2022-08-19 | $430.31 |

**Security**: If you decide to authorize automatic payments from your bank account, you are giving a security interest in your Payment Choice Authorization. If you do not authorize automatic payments from your bank account, you are not giving us a security interest.

**Late Charge**: If a payment is late by five (5) days or more, you will be charged $25.00 per late scheduled payment.

**Prepayment**: If you pay off early, you will not have to pay a penalty.

See the Terms and Conditions of the Loan Agreement below for any additional information about nonpayment, default, any required repayment in full before the schedule date, and prepayment refunds and penalties.

ITEMIZATION OF AMOUNT FINANCED: Amount Financed/Amount given to You directly $1,500.00

**TERMS AND CONDITIONS**

**SPECIAL NOTICES:**

*** YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.**
*** YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.**
*** WE NEVER CHARGE EARLY PAYMENT PANALTIES OR FEES.**
*** YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS. IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.**
*** NON-PROFIT CREDIT COUNSELING SERVICES MAY BE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.WE CANNOT COMMIT TO MAKE A LOAN TO YOU UNLESS AND UNTIL YOUR COMPLETED APPLICATION IS APPROVED BY OUR TRIBAL LOAN CLOSING AGENT.**
*** WE CANNOT COMMIT TO MAKE A LOAN TO YOU UNLESS AND UNTIL YOUR COMPLETED APPLICATION IS APPROVED BY OUR UNDERWRITING DEPARTMENT.**

In this Agreement ("Agreement") the words "we", "us", and "our" mean West Side Lending, LLC an economic development arm of, instrumentality of, and a limited liability company wholly-owned and controlled by, the Menominee Tribe of Wisconsin ("Tribe"), a federally recognized Indian tribe, and any authorized representative, agent, independent contractor, affiliate or assignee We use in the provision of your loan. "You" and "your" means the consumer who signs the Agreement electronically. The term "business day" means any calendar day other than a Saturday, Sunday, or a bank or federal holiday, between the hours of 9:00 am and 5:00 pm EST.

This Agreement is governed by the laws of the Tribe.

IN ORDER TO COMPLETE YOUR TRANSACTION WITH US, YOU MUST ELECTRONICALLY SIGN AND DATE THIS AGREEMENT. WE CANNOT COMMIT TO MAKE A LOAN TO YOU UNLESS YOUR COMPLETED APPLICATION IS APPROVED BY OUR UNDERWRITING DEPARTMENT, LOCATED ON THE TRIBE'S RESERVATION. ONCE YOU SIGN AND SUBMIT THIS AGREEMENT, WE WILL EITHER APPROVE OR DENY YOUR REQUEST FOR CREDIT FROM OUR

OFFICE LOCATED ON TRIBAL LAND. IF YOUR INFORMATION CANNOT BE VERIFIED BY THE EFFECTIVE DATE, YOUR REQUEST FOR CREDIT WILL NOT BE APPROVED, WE WILL NOT FUND THE LOAN, AND YOU WILL NOT INCUR ANY FINANCE CHARGE OR FEES.

**PAYMENT DISBURSEMENT OPTIONS**

**DISBURSEMENT:** If your loan is approved, we will process disbursement of your loan proceeds within one (1) business day of the day your loan is approved. You authorize us to use commercially reasonable efforts to initiate a credit entry by depositing the proceeds of your loan into your Bank Account as described in your Disbursement Authorization. The date that your loan proceeds are deposited to your Bank Account is the "Disbursement Date". Unavoidable delays that occur as a result of bank holidays, the processing schedule of your individual bank, inadvertent processing errors, "acts of God", and/or "acts of terror" may extend the time for the deposit and may cause a change in the Disbursement Date and your Annual Percentage Rate ("APR") as disclosed herein. In the event that disbursement is delayed, the Disbursement Date will automatically adjust to the actual date of disbursement

**AUTHORIZATION FOR ACH CREDIT:** You agree that we may initiate a credit entry to your Bank Account for an amount consistent with this Agreement on or before the Effective Date. If you revoke this authorization before we credit the loan proceeds to you, then we will not be able to deposit the loan proceeds into your Bank Account. To find out whether or not a deposit has been made, you may contact customer service at 888-217-7531.

**EXPEDITED FUNDING SERVICE:** If you want to receive your loan proceeds sooner than through the usual ACH credit process, we offer you an Expedited Funding Service. If you choose this Expedited Funding Service, your loan proceeds are deposited into your Bank Account on the same business day as your loan is approved, if before 1:00 p.m. Eastern Time, or the next business day if after that time.

*For example*, if your loan was approved at 12:30 p.m. Eastern Time on Friday, your loan proceeds would likely be deposited into your Bank Account on Monday. But, if you wanted to use the Expedited Funding Service, then your loan proceeds would be disbursed to you on Friday.

Note that the timing of when your bank actually makes these funds available to you is entirely controlled by your bank and not us. If you want to use the Expedited Funding Service, please notify your customer service representative.

**PAYMENT METHOD OPTIONS**

**PAYMENTS:** You are required to make the payments for each period outlined in the payment schedule above ("Installment Period") on or before the payment due dates in the payment schedule ("Payment Due Dates"). If you would like to repay your loan according to a payment plan other than as set forth herein, you must contact a customer service representative no later than three (3) days prior to your next scheduled Payment Due Date to make those payment schedule modifications if you would like them in effect for the next Payment Due Date. You will make your payments on or before every Payment Due Date until you have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If on the final scheduled Payment Due Date ("Maturity Date"), you still owe amounts under this Agreement, you will pay those amounts in full on that date.You may elect to make your payments electronically: by ACH debit, by debit card, or by Remotely Created Check. You may also elect to make your payments by cashier's check or money order and mail your payments to us. You authorize us to make payments pursuant to the Payment Upon Default payment options described below.

**ELECTRONIC PAYMENT: If you elect to make your payments electronically, then your payment plus any Non-Sufficient Funds ("NSF"), Late or Refused Instrument Charge fees due to us, if applicable, will be debited electronically from your Bank Account on each Payment Due Date as set forth in your payment schedule (see "PAYMENT CHOICE AUTHORIZATION" below) through one of the electronic methods described below. You may revoke your payments by contacting customer service at 888-217-7531 or emailing us at support@westsidelend.com. Please note: if your scheduled payment has already been submitted to your financial institution at the time of revocation, it may be necessary for us to wait until that payment posts before**

**we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s). For the purposes of these disclosures, our business days are Monday through Friday from 9:00 am to 5:00 pm EST. Saturdays, Sundays, and Holidays are not included.**

**PAYMENTS BY ACH DEBIT:** You are electing to make payments by the regular payment option by automatic ACH debit. If you elect to pay by the regular ACH debit option, then you authorize us, our successors and assigns to initiate automatic debits for payments from your Bank Account. You agree that we will initiate debit entries on each scheduled payment date or thereafter for the scheduled amount, or any lesser amount you owe. You authorize us to initiate separate ACH debit entries to your Bank Account identified in the Payment Choice Authorization for any returned payment and NSF, Late or Refused Instrument Charge fees in the amounts set forth in this Agreement. You agree that we may reinitiate any ACH up to two (2) additional times for the same amount if an ACH is dishonored. **You do not have to authorize payments by the regular payment option by ACH debit in order to receive a loan from us. If you do not want to make payments by ACH debit, you must notify us after you sign this Agreement that you choose to change from the automatic option to one of the Alternative Voluntary Payment Methods below.**

**You may revoke this authorization** by contacting customer service at 888-217-7531 or emailing us at support@westsidelend.com not less than three (3) business days prior to the scheduled payment you wish to revoke. Please note: if your scheduled payment has already been submitted to your financial institution at the time of revocation, it may be necessary for us to wait until that payment posts before we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s) that you request be revoked. **YOU UNDERSTAND THAT REVOKING YOUR AUTHORIZATION DOES NOT RELIEVE YOU OF THE RESPONSIBILITY OF PAYING ALL AMOUNTS DUE IN FULL THAT ARE OWED BY YOU UNDER THE LOAN AGREEMENT.**

You have the right to receive notice of all transfers that vary in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring ACH processing rather than providing you with a notice of transfer for each varying amount. The ACH debit may range from the amount provided in this Agreement, which may be a scheduled payment amount or less if partial prepayments have been made, to the scheduled payment amount plus applicable NSF, Late, or Refused Instrument Charge fees. We will send you a notice if a charge exceeds this range.

You authorize us to verify any information that you provide to us, including past and current information from whatever source. You agree that the ACH entries authorized here are voluntary, and that certain entries will recur as defined in this Agreement at substantially regular intervals. If there is any missing or erroneous information in or with your loan application regarding your Bank Account, then you authorize us to verify and correct the information. If any payment cannot be obtained by ACH, you remain responsible for such payment and any resulting fees under this Agreement.

Your Bank Account associated with this authorization is listed in the Payment Choice Authorization.

**ALTERNATIVE VOLUNTARY PAYMENT METHODS:** While your loan is current, you may choose an alternative payment method, such as by: 1) debit card pursuant to the below "Payment by Debit Card" option, 2) by cashier's check or money order pursuant to the below "Payment by Cashier's Check or Money Order" option, or 3) by remotely created check pursuant to the below "Payment by Remotely Created Check" option, by contacting us in writing at support@westsidelend.com or by phone at 888-217-7531 and advising us of your choice after entering into this Agreement.

**PAYMENT BY DEBIT CARD:** If you elect to pay by debit card, you agree that we may initiate debit entries to your debit card on each scheduled payment date or thereafter for the scheduled amount, or any lesser amount you owe, in three (3) instances: 1) if we cannot process your authorized ACH debits for any reason other than your revocation of ACH authorization, 2) if you specifically authorize that we debit your debit card identified in this Agreement, or 3) if you default on a payment.

You authorize us to initiate a separate debit to your debit card for any applicable NSF, Late or Refused Instrument Charge fees set forth in this Agreement. If the debit entries are dishonored, you authorize us to initiate separate debit entries to your debit card for the dishonored amount and any late fees or NSF fees.

You may revoke this authorization by contacting customer service at 888-217-7531 or emailing us at support@westsidelend.com not less than three (3) business days prior to your scheduled payment. Please note: if your scheduled payment has already been submitted to your financial institution at the time of

revocation, it may be necessary for us to wait until that payment posts before we can refund you that payment amount. However, when possible, at the time of revocation, we will void any pending payment(s).

You have the right to receive notice of all transfers that vary in amount. You acknowledge that we elected to offer you a specified range of amounts for the recurring debit card processing rather than providing you with a notice of transfer for each varying amount. The debit may range from the amount provided in this Agreement, which may be a scheduled payment amount or less if partial prepayments have been made, to the scheduled payment amount plus applicable NSF, Late or Refused Instrument Charge fees. We will send you a notice if a charge exceeds this range.

**PAYMENT BY REMOTELY CREATED CHECK:** If you elect to pay by remotely created check, you agree that we may create checks bearing your typed name and other information as may be required under applicable law, rather than your handwritten signature, drawn on your Bank Account, and to submit each check for payment to the bank or other financial institution in the amount of each payment owing to us under this Agreement on or after each scheduled payment date ("Remotely Created Check"), otherwise known as a demand draft, telecheck, preauthorized draft or paper draft in four (4) instances: 1) if you have specifically elected to make your payments by Remotely Created Check, 2) if you elected to make payments by debit card or ACH and you subsequently revoke either authorization, 3) if we are unable to process your payments by debit card or ACH for any other reason, or 4) if you have defaulted on a payment.

If a Remotely Created Check is returned unpaid by the Bank or other financial institution, then you authorize us to create and submit a Remotely Created Check for any NSF, Late or Refused Instrument Charge fees or other amounts accrued pursuant to this Agreement. You agree that your typed name will constitute your authorized signature fully reflecting your intent to authenticate any such Remotely Created Check. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay amounts owing, as modified by any partial prepayment.

If you would like to dispute a payment related to a Remotely Created Check, determine whether a payment was genuine, withhold payment of a Remotely Created Check, or obtain recrediting of amounts we obtain via Remotely Created Check, contact us at 888-217-7531 or email us at support@westsidelend.com.

**PAYMENT BY CASHIER'S CHECK OR MONEY ORDER:** If you elect to pay by cashier's check or money order, then you agree to repay all amounts due pursuant to this Agreement by mailing your cashier's checks or money orders to us at Po Box 687, Keshena WI 54135. All mailed payments must reach us by 4:00 pm Central Time on or before two [2] business days prior to the Payment Due Date to ensure timely processing of your payment.

**COVERED BORROWER IDENTIFICATION STATEMENT**

You represent and warrant that you are not a regular or reserve member of the Army, Navy, Marine Corps, Air Force or Coast Guard serving on active duty under a call or order that does not specify a period of thirty (30) days or fewer, or a dependent of such member. You understand that We may verify this statement and are making this loan in reliance on the truth of this statement.

| **PLEASE REVIEW THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION VERY CAREFULLY BEFORE SIGNING** | |
|---|---|
| **Your ACH Credit Disbursement Authorization** | |
| DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION for West Side Lending, LLC | Loan #: [redacted]359L |
| **Disbursements to and Payments from your Bank Account.** By electronically signing this Disbursement and Payment Choice Authorization below, you voluntarily authorize us to initiate disbursement credits and payment debits to the following bank account (your "Bank Account"). | |

| **Bank Name:** | [redacted] |
|---|---|
| **Transit ABA Number:** | [redacted] |

**Deposit Account Number:** [redacted]

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION AND AGREEING TO ALL THE TERMS OF THIS AUTHORIZATION.**

I JOSEPH MORGAN agree that West Side Lending, LLCand its successors and assigns may initiate an ACH credit disbursement to my Bank Account and may initiate electronic fund transfer payments as described in this Agreement from my Bank Account.

**JOSEPH MORGAN**

**DATE:** 2021-08-23 17:16:28 EDT

**PREPAYMENT:** You may prepay all or part of the amount you owe us at any time before the Maturity Date without penalty. If you prepay in full, you must pay the finance charge(s) accrued on your loan and all other amounts due up to the date of the prepayment. If you wish to prepay your loan, then you must contact a customer service representative at 888-217-7531 to obtain an accurate payoff amount and either provide us with authorization to effect a debit entry to your Bank Account for the prepayment, or otherwise advise us of your intended method of prepayment. If you prepay all or part of the principal amount due on your loan, your finance charges on the amount prepaid will be calculated as of the date of your prepayment.

**LATE CHARGE:** You agree to pay a late charge of $25.00 if a payment is late by five (5) days or more. If you authorized debits from your Bank Account or debit card in your Payment Choice Authorization, you agree that we may debit your Bank Account or debit card, as applicable, for any late charges.

**REFUSED INSTRUMENT CHARGE:** If your payment method is stopped, denied or otherwise dishonored, then you agree to pay us a fee of $30.00. If you authorized debits from either your Bank Account or debit card in your Payment Choice Authorization, you agree that we may debit your Bank Account or debit card, as applicable, for any Refused Instrument Charge. Your refused instrument may also cause your payment to be late which could result in your having to also pay a late charge.

**YOUR PROMISE TO PAY:** You promise to pay us, or any subsequent holder of this Agreement, the Amount Financed and finance charges according to the payment schedule in the Truth in Lending Disclosures plus all other amounts owed to us under this Agreement. You agree that your finance charges will be calculated at the Annual Percentage Rate in the Truth in Lending Disclosures. All payments will be applied first to finance charges and fees and then to principal. If you prepay all or part of the principal amount due on your loan, your finance charges on the amount prepaid will be calculated as of the date of your prepayment.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S):** You begin to accrue finance charge(s) for the loan on the Disbursement Date. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating your payments, we have assumed you will make each payment on the day and in the amount due as outlined within your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) will be calculated as of the date of your prepayment, and any over payment will be applied to the amounts owed under this Agreement. Time is of the essence, which means that unless you contact customer service and are expressly granted an extension of time to make payments, there are no grace periods for when payments must be made.

**ASSIGNMENT:** This Agreement may not be assigned by you. We may assign or transfer this Agreement and our related rights and obligations without notice to you and your consent is not required if we make such an assignment or transfer.

**VERIFICATION:** You authorize us to verify the information you provided to us in connection with your loan application. You give us consent to obtain information about you from consumer reporting agencies or other

sources at any time. We reserve the right to withhold funding of this loan, at any time prior to disbursement, to allow us to verify the information you have provided to us.

**CREDIT REPORTING: We may report information about your loan to credit bureaus. Late payments, missed payments, or other defaults on your loan may be reflected on your credit report.**

**CANCELLATION:** You may cancel your payment obligations under this Agreement, without cost or finance charges, within 24 hours following the Disbursement Date ("Cancellation Deadline"). Your right to cancel your loan only applies if your loan either hasn't funded or, if it has, the funds are returned to us as explained below. To cancel your payment obligations on this loan, you must inform us in writing, by or before the Cancellation Deadline, either by email to support@westsidelend.com or by fax at 906-373-3033, that you want to cancel the future payment obligations on this loan. If we timely receive your written notice of cancellation on or before the Cancellation Deadline but before the loan proceeds have been deposited into your Bank Account, then we will not debit your Bank Account and both your and our obligations under this Agreement will be rescinded. However, if we timely receive your written notice of cancellation on or before the Cancellation Deadline but after the loan proceeds have been deposited into your Bank Account, then you authorize us to effect a debit to your Bank Account or your debit card as you chose in your Payment Choice Authorization for the principal amount of this Agreement. If we receive payment of the principal amount via the debit, then both your and our obligations under this Agreement will be rescinded. If we do not receive payment of the principal amount by debit to your Bank Account or your debit card, then this Agreement will remain in full force and effect.

**CONFIDENTIALITY:** We will disclose information to third parties about your account or the transfers you make: (1) where it is necessary for completing transfers; (2) in order to verify the existence and condition of your account to a third party, such as a credit bureau or merchant; (3) in order to comply with a government agency or court orders; or (4) as described in our privacy notice, provided with this Agreement.

**CONSEQUENCES OF DEFAULT:** Upon a default by you under this Agreement, we may, at our sole option, take any one or more of the following actions:

a) Agree to permit you to cure a payment default before the loan goes into collection by modifying your Payment Schedule and/or payment amounts (a "Cure Arrangement"). This option is not available for all customers and/or all loan products. If we agree to a Cure Arrangement and you fail to honor its terms, then we will have the right, at our sole discretion, to terminate the Cure Arrangement and immediately and without notice Accelerate Your Loan;

b) Automatically and without further action or notice Accelerate Your Loan and require you to immediately pay us all amounts due and owing pursuant to such acceleration;

c) If you have elected to repay your loan electronically, we may automatically and without further action or notice withdraw from your designated account(s) an amount equal to the amount owed and unpaid as of your last scheduled payment date up to an amount equal to the amount owed if we have Accelerated Your Loan;

d) Pursue all legally available means to collect what you owe us; and

e) Submit your name to a collection agency and we may also report the incident to a consumer reporting agency database. This may negatively impact your ability to write checks or to receive loans or advances from other companies.

By electing any one of these options, we do not waive or release our right to subsequently elect and apply any other options to collect the amounts due and owing to us including causing repayment pursuant to the following "Payment While in Default" section.

**PAYMENT WHILE IN DEFAULT.** In the event of your default, you separately authorize us, and our successors, agents, or assigns, to Accelerate Your Loan and cause repayment by ACH, Debit Card, remotely created check, or voluntary wage assignment in our discretion as set forth in the following sections. In the event of your default, you separately authorize us, and our successors, agents, or assigns, to Accelerate Your Loan by initiating a one-time automatic debit entry to your Bank Account or Debit Card (if applicable) in the amount of the entire outstanding balance under this Agreement. You agree that we will initiate the single electronic debit entry only for the outstanding amount owing at the time of acceleration, and within a reasonable time after default. You authorize us to re-initiate the debit entry up to two (2) additional times if the debit entry is returned unpaid. You authorize us to verify all of the information that you have provided to us relating to your

Bank Account and Debit Card. If there is any missing or erroneous information in or with your loan application regarding your Bank Account or Debit Card, then you authorize us to verify and correct such information. You may revoke the authorizations by contacting us in writing at support@westsidelend.com or by phone at 888-217-7531 . Please note, however, that even though you may revoke this authorization, you are still required to pay all amounts due under this Agreement.

**AUTHORIZATION FOR REMOTELY CREATED CHECKS UPON DEFAULT.** In the event of your default, you separately authorize us, and our successors, agents, or assigns, to create checks bearing your typed name and other information as may be required under applicable law instead of your handwritten signature, drawn on Your Bank Account ("Remotely Created Check"), and to submit each such Remotely Created Check for payment to us in the amount of each payment owing to us under this Agreement on or after each Due Date. If a Remotely Created Check is returned unpaid by the Bank or other financial institution, then you authorize us to create and submit a Remotely Created Check for any returned payment fee, or other amounts accrued pursuant to this Agreement. You agree that your typed name or other designation mandated by applicable law will constitute your authorized signature, fully reflecting your intent to authenticate any such Remotely Created Check. If You believe we charged Your Bank Account in a manner not agreed to by this authorization, please contact us. You authorize us to vary the amount of any preauthorized payment by Remotely Created Check as needed to repay amounts due and owing, as modified by any partial prepayments. This Remotely Created Check authorization is effective only if you (1) originally selected ACH debits or automatic debits to your Debit Card as your payment method and then you revoke the authorization, (2) we are unable to process your payments by either method for any reason, or (3) You defaulted on a payment. If you would like to dispute a payment related to a Remotely Created Check, determine whether a payment was genuine, withhold payment of a Remotely Created Check, or obtain re-crediting of amounts we obtained via a Remotely Created Check, contact us by calling 888-217-7531. **YOU UNDERSTAND THAT REVOKING YOUR AUTHORIZATION DOES NOT RELIEVE YOU OF THE RESPONSIBILITY OF PAYING ALL AMOUNTS DUE IN FULL THAT ARE OWED BY YOU UNDER THE LOAN AGREEMENT.**

**VOLUNTARY WAGE ASSIGNMENT UPON DEFAULT.** If your selected method of payment(s) (i.e. ACH Authorization, Alternative Voluntary Payment Method, etc.) under your Loan Agreement ([redacted]359L) with us dated 2021-08-23 is dishonored or returned unpaid and you have not otherwise made payment in full, then you authorize and instruct your current employer or any subsequent employer to deduct amounts owing to us from your wage and pay the amounts directly to us on your behalf until such amounts are paid in full unless otherwise limited by applicable law. You will be notified prior to this Voluntary Wage Assignment being sent to your employer. **YOU UNDERSTAND THAT REVOKING YOUR AUTHORIZATION DOES NOT RELIEVE YOU OF THE RESPONSIBILITY OF PAYING ALL AMOUNTS DUE IN FULL THAT ARE OWED BY YOU UNDER THE LOAN AGREEMENT.**

**NOTE: THIS VOLUNTARY WAGE ASSIGNMENT IS REVOCABLE AT WILL.** You may revoke this Voluntary Wage Assignment by sending a written revocation to us at Po Box 687. The written revocation must state your name, date of your Loan Agreement, and a statement that you wish to revoke the Voluntary Wage Assignment.

| **PLEASE REVIEW THIS PAYMENT AUTHORIZATION UPON DEFAULT VERY CAREFULLY BEFORE SIGNING** | |
|---|---|
| DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION for West Side Lending, LLC | Loan #:[redacted]359L |
| **Your ACH, Debit, Remotely Created Check, and Voluntary Wage Assignment Authorization Upon Default** | |

By electronically signing this Payment Authorization Upon Default, you voluntarily authorize us and our successors and assigns to initiate the debit(s) you have authorized in the Payment While in Default section. This Payment Choice Authorization is a part of and relates to this Agreement.

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS DEFAULT PAYMENT CHOICE AUTHORIZATION AND AGREEING TO ALL THE TERMS OF THIS AUTHORIZATION.**

**I JOSEPH MORGAN agree that West Side Lending, LLCand its successors and assigns may initiate electronic fund transfer payments from my Bank Account as indicated in the Payment Authorization Upon Default Section.**

**JOSEPH MORGAN**



**DATE:** 2021-08-23 17:16:31 EDT

**GOVERNING LAW:** The laws of the Tribe and applicable federal law will govern this Agreement, without regard to the laws of any state or other jurisdiction, including the conflict of laws rules of any state. You agree to be bound by Tribal law, and in the event of a bona fide dispute between you and us, Tribal law and applicable federal law shall exclusively apply to such dispute.

**SOVEREIGN IMMUNITY AND PRESERVATION OF SOVEREIGN IMMUNITY:** This Agreement and all related documents are being submitted by you to us as an economic development arm, instrumentality, and limited liability company of the Tribe. The Tribe is a federally recognized Indian Tribe and enjoys sovereign immunity. Nothing in this Agreement constitutes a waiver of the Tribe's sovereign immunity and the Tribe's immunity is fully preserved and is not waived either in whole or in part by this Agreement and the Tribe expressly maintains all rights, titles, privileges, and immunities, to which the Tribe is entitled. No waiver of the Tribe's immunity is or can be made except by express written declaration of the Tribe's Tribal Council specifically authorizing a waiver for the matter in question, in the manner prescribed under the Tribe's Constitution. No such waiver has been made by the Tribe with respect to your Agreement with West Side Lending LLC. As set forth herein, the Tribe expressly preserves its sovereign immunity and you may not assert any claims against the Tribe.

As an economic development arm and instrumentality of the Tribe, West Side Lending LLC enjoys sovereign immunity to the same extent as the Tribe, which, under controlling Tribal and federal law, includes the right and authority to consent to a waiver, if any, of the sovereign immunity of West Side Lending LLC, and not on behalf of any other entity, including the Tribe, or any other third party. To protect and preserve the rights of the parties to this Agreement, no person may assume any waiver of sovereign immunity except as expressly set forth herein by West Side Lending LLC, and only to the extent that West Side Lending LLC, an economic development arm and instrumentality of the Tribe, has specifically consented to any such waiver as set forth herein. To encourage resolution of consumer complaints, a complaint may be submitted by you or on your behalf pursuant to the Arbitration Provision set forth in this Agreement or, if you duly opt out of the Arbitration Provision, pursuant to the Tribal Dispute Resolution Procedure defined below. Any complaint made by you is limited by the terms of this Agreement, Tribal law, and/or applicable United States federal law. You may not pursue any dispute arising from this Agreement in any state court, as sovereign immunity from any such claims or unconsented suit is expressly preserved by West Side Lending LLC.

Credit is being extended to you on the basis of the inclusion of the within Arbitration Provision. By accepting this Agreement, unless you reject arbitration as provided below, you acknowledge that:

(a) For the purpose of allowing you (and only you) to take action solely to enforce the provisions of this Agreement pursuant to the Arbitration Provision;

(b) Subject to the Arbitration Provision provided herein, pursuant to its limited waiver, West Side Lending LLC expressly waives its immunity for the limited purposes of binding arbitration pursuant to the Arbitration Provision and the enforcement of any award resulting therefrom in the Tribal Court of the Menominee Indian Tribe of Wisconsin, and the Tribal appellate courts therefrom (the "Permitted Forums") for any claims arising out of this Agreement.

(c) The limited waiver of sovereign immunity granted herein does not include any waiver, either express or implied, to any third party. The limited waiver of sovereign immunity granted herein is of West Side Lending LLC only and does not include a waiver, either express or otherwise, by the Tribe, any entity of the Tribe other than West Side Lending LLC, or otherwise.

(d) West Side Lending LLC represents and warrants that the foregoing limited waiver of sovereign immunity is valid and has been duly authorized.

**WAIVER OF THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION: Please read this carefully as YOU ARE GIVING UP THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION.** You hereby knowingly and

voluntarily **WAIVE THE RIGHT TO LITIGATE DISPUTES AS A MEMBER OF A CLASS OR THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION** on all disputes subject to this Agreement. You further acknowledge that you have read this provision carefully, agree to its terms, and are entering into this Agreement voluntarily and not in reliance on any promises or representations whatsoever except those contained in this Agreement. **THIS AGREEMENT REQUIRES INDIVIDUAL'S CLAIMS TO BE ARBITRATED AND FORBIDS CLASS ACTION CLAIMS UNLESS YOU (1) ARE SUBJECT TO THE PROTECTIONS OF THE MILITARY LENDING ACT, OR (2) EXERCISE YOUR RIGHT TO REJECT ARBITRATION AS PROVIDED IN THE ARBITRATION PROVISION THAT IS SET FORTH AT THE END OF THIS AGREEMENT.**

**WAIVER OF JURY TRIAL: YOU ARE GIVING UP THE RIGHT TO LITIGATE DISPUTES BEFORE A JURY.** You hereby knowingly and voluntarily **WAIVE THE RIGHT TO HAVE A JURY TRIAL on all disputes arising from this Agreement** . You further acknowledge that you have read this provision carefully, agree to its terms, and are entering into this Agreement voluntarily and not in reliance on any promises or representations whatsoever except those contained in this Agreement.

**QUESTIONS OR CONCERNS:** If you have questions or concerns and need assistance, please telephone us at 888-217-7531

## ARBITRATION PROVISION

**This section is an arbitration provision and contains important information that affects your legal rights. PLEASE READ IT CAREFULLY.**

**YOU ACKNOWLEDGE AND AGREE AS FOLLOWS: .**

For purposes of this Agreement, the words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation, (a) all claims, disputes, or controversies arising from or relating directly or indirectly to the signing of this Arbitration Provision, the validity and scope of this Arbitration Provision and any claim or attempt to set aside this Arbitration Provision; (b) all tribal, federal, or state law claims, disputes or controversies, arising from or relating directly or indirectly to this Agreement, the information you gave us before entering into this Agreement, including the customer information application, and/or any past agreement or agreements between you and us; (c) all counterclaims, cross-claims, and third-party claims; (d) all common law claims, based upon contract, tort, fraud, or other intentional torts; (e) all claims based upon a violation of any tribal, state, or federal constitution, statute or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you individually against us and/or any of our employees, agents, service providers, directors, officers, shareholders, governors, managers, members, parent company, or affiliated entities (hereinafter collectively referred to as "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; and/or (i) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any non-public personal information about you.

**WAIVER OF THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION ARBITRATION: Please read this carefully as YOU ARE GIVING UP THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION ARBITRATION.** You hereby knowingly and voluntarily **WAIVE THE RIGHT TO ARBITRATE DISPUTES AS A MEMBER OF A CLASS OR THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION ARBITRATION on all disputes arising from this Agreement.** You further acknowledge that you have read this provision carefully, agree to its terms, and are entering into this Agreement voluntarily and not in reliance on any promises or representations whatsoever except those contained in this Agreement. All disputes including any claims that might otherwise be asserted as representative claims against us and/or related third parties shall be resolved by binding arbitration only on an individual basis with you. **THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.**

## ACKNOWLEDGEMENT OF ARBITRATION

Credit is being extended to you on the basis of the inclusion of the within Arbitration Provision. By accepting this Agreement, unless you reject arbitration as provided below, you acknowledge that:

(a) **YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES;**

(b) **YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and**

(c) **YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY or ARBITRATION LAWSUIT FILED AGAINST US AND/OR RELATED THIRD PARTIES.**

(d) **YOU MAY NOT PURSUE ANY DISPUTE ARISING FROM THIS AGREEMENT IN ANY STATE COURT.**

Any party to a dispute, including related third parties, may send the other party written notice by certified mail, return receipt requested, of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, you shall have the right to select any of the following arbitration organizations to administer the arbitration: the American Arbitration Association ("AAA") (1-800-778-7879) http://www.adr.org or Judicial Arbitration and Mediation Services ("JAMS") (1-800-352-5267) https://www.jamsadr.com/ (each AAA and JAMS referred to here as "Arbitration Organizations"). The limited waiver of sovereign immunity provided for by the Arbitration Provision of this Agreement is for the Arbitration Provision only and for no other express or implied purpose. The limited waiver of sovereign immunity is granted by West Side Lending, LLC only and does not waive the sovereign immunity of the Menominee Indian Tribe of Wisconsin or any other subdivision or enterprise of the Menominee Indian Tribe of Wisconsin all of which are expressly preserved.

The party receiving notice of arbitration will respond in writing by certified mail, return receipt requested, within twenty (20) days. If you demand arbitration, you must inform us in your demand of the Arbitration Organization that you have selected. If related third parties or we demand arbitration, you must notify us within twenty (20) days in writing by certified mail, return receipt requested, of your decision to select an Arbitration Organization. If you fail to notify us, then we have the right to select an Arbitration Organization. The parties to such dispute will be governed by the laws of the Menominee Tribe of Wisconsin, federal law, and such rules and procedures used by the applicable arbitration organization applicable to consumer disputes, to the extent those rules and procedures: (i) do not proscriptively waive federal law, or (ii) contradict the express terms of this Arbitration Provision or the law of the Tribe, including the limitations on the arbitrator set forth below. The arbitrator is not prevented from considering federal or state defenses to arbitrability, and nothing in this Agreement and and/or the Arbitration Provision of this Agreement should be read as displacing federal arbitration law or act as prospective waiver of federal law. Any ambiguity in the choice-of-law provision in this Agreement and Arbitration Provision shall be resolved in favor of arbitration. You may obtain a copy of the rules and procedures by contacting the Arbitration Organization listed above.

You have the right to request that arbitration take place within thirty (30) miles of your residence or some other mutually agreed upon location, provided, however, that such election to enter into binding arbitration occur somewhere other than on Tribal land shall in no way be construed as a waiver of sovereign immunity or allow for the application of any other law other than the laws of the Tribe and applicable federal law, and federal and state law defenses to the extent such defenses applies to the question of arbitrability of a dispute in accordance with the terms of this Agreement.

Regardless of who demands arbitration, we will advance your portion of the arbitration expenses, including the filing, administrative, hearing, and arbitrator's fees ("Arbitration Fees") at your request. Throughout the arbitration, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees, if any. The arbitrator shall apply applicable substantive Tribal law consistent with the Federal Arbitration Act (FAA), and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitrator may decide, with or without a hearing, any motion that is substantially similar to a motion to dismiss for failure to state a claim or a motion for summary judgment. If allowed by statute or applicable law, the arbitrator may award statutory damages and/or reasonable attorneys' fees and expenses. If the arbitrator renders a decision or an award in your favor resolving the dispute, then you will not be responsible for reimbursing us for your portion of the Arbitration Fees, and we will reimburse you for any Arbitration Fees you have previously paid. If the arbitrator does not render a decision or an award in your favor resolving the dispute, then the arbitrator shall require you to reimburse us for the Arbitration Fees that we have advanced less any Arbitration Fees you have previously paid. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award is binding and not appealable.

All parties, including related third parties, shall retain the right to enforce an arbitration award before the applicable governing body of the Menominee Tribe of Wisconsin ("Tribal Forum") or a United States Federal District Court. Both you and we expressly consent to the jurisdiction of the Tribal government or a United States Federal District Court for the sole and limited purposes, and only for the sole and limited purposes, of enforcing the arbitration award as necessary.

This Arbitration Provision is made pursuant to a transaction involving both interstate commerce and Indian commerce under the United States Constitution and other federal and tribal laws. Thus, any arbitration shall be governed by the FAA, federal law inclusive of federal statutory rights and remedies, and subject to the laws of the Menominee Tribe of Wisconsin. If a final non-appealable judgment of a court having jurisdiction over this transaction and the parties finds, for any reason, that the FAA does not apply to this transaction, then our agreement to arbitrate shall be governed by the laws of the Menominee Tribe of Wisconsin and federal law.

You have the right to request that arbitration take place within thirty (30) miles of your residence or some other mutually agreed upon location, provided, however, that such election to have binding arbitration occur somewhere other than on Tribal land shall in no way be construed as a waiver of sovereign immunity or allow for the application of any other law other than the laws of the Menominee Tribe of Wisconsin and federal law, and federal and state defenses to the extent it applies to arbitrability of a dispute.

This Arbitration Provision is binding upon and benefits you, your respective heirs, successors and assigns. This Arbitration Provision is binding upon and benefits us, our successors and assigns, and related third parties. This Arbitration Provision continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Arbitration Provision survives any cancellation, termination, amendment, expiration or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. If any of this Arbitration Provision is held invalid, the remainder shall remain in effect to the greatest extent permissible under applicable law.

**HOW TO REJECT THIS ARBITRATION PROVISION**

YOU MAY REJECT THIS ARBITRATION PROVISION BY CONTACTING US USING ELECTRONIC COMMUNICATIONS, CALLING US, OR WRITING TO US, AND STATING THE FOLLOWING: (i) your name; (ii)the email address associated with your account; (iii) the address associated with your account; and (iv) that you are exercising your right to reject this arbitration provision **(a "rejection notice"). YOUR REJECTION NOTICE MUST BE RECEIVED WITHIN 30 DAYS AFTER THE YOU SIGN THIS AGREEMENT.** If your rejection notice complies with these requirements, this arbitration provision will not apply to you, except for any claims subject to pending litigation or arbitration at the time you send your rejection notice. Any rejection notice that complies with this provision will apply to both us and our affiliates. Rejection of the arbitration will not affect your other rights or responsibilities under this Arbitration Provision or this Agreement.

**IF YOU REJECT THIS ARBITRATION PROVISION**

If you reject this Arbitration Provision, you agree that any and all disputes arising hereunder shall be resolved pursuant to the tribal dispute resolution procedure under the Menominee Tribal Consumer Financial Services Regulation (the "Tribal Dispute Resolution Procedure"). Instructions on how to have your dispute resolved in this manner are available here: http://www.westsidelend.com/resolving-consumer-disputes. YOU MAY NOT PURSUE ANY DISPUTE ARISING FROM THIS AGREEMENT IN ANY STATE COURT. YOU MAY NOT PURSUE ANY DISPUTE ARISING FROM THIS AGREEMENT IN ANY FEDERAL COURT UNLESS AND UNTIL YOU HAVE EXHAUSTED PROCEEDINGS UNDER THIS SECTION BY ALLOWING A FULL RECORD TO BE DEVELOPED IN THE TRIBAL COURT PURSUANT TO THE MENOMINEE TRIBAL CONSUMER FINANCIAL SERVICES REGULATION.

**ARBITRATION PROVISION AUTHORIZATION**

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS ARBITRATION PROVISION AND AGREEING TO ALL THE TERMS OF THIS ARBITRATION PROVISION.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION OR WILL REQUEST THAT A PAPER COPY BE DELIVERD TO YOU FOR YOUR RECORDS.**

I JOSEPH MORGAN agree to this Arbitration Provision.

JOSEPH MORGAN

DATE: 2021-08-23 17:16:34 EDT

### CONSENTS TO CERTAIN COMMUNICATIONS

### CONSENT TO ELECTRONIC COMMUNICATIONS

The following terms and conditions govern electronic communications in connection with this Agreement and the transaction evidenced hereby (this "Consent"). By electronically signing this Agreement you are confirming that you have agreed to the terms and conditions of this Consent and that you have the ability to download or print a copy of this Consent for your records. You further agree that:

Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, this Agreement, this Consent, disclosures, change-in-term notices, fee and transaction information, statements, delayed disbursement letters, notices of adverse action, and transaction information (collectively, "Communications"), may be sent to you electronically by sending it to you by e-mail as permitted by applicable law.

We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so

You may obtain a copy of any Communication by contacting us at www.westsidelend.com, writing to us at support@westsidelend.com, or by calling us at 888-217-7531. You will not be charged a fee for such copy. You also can withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you choose to receive Communications in paper or non-electronic form, we may elect to terminate this Agreement and demand payment of the amount then due by the date of your withdrawal of consent; or by the expiration of any minimum term mandated by law, whichever is later.

You agree to provide us with your current e-mail address for notices at the address or phone number indicated above. If your e-mail address changes, you must send us a notice of the new address by writing to us or sending us an e-mail, using secure messaging, at least 5 days before the change.

In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer (SSL) protocol. SSL provides a secure channel to send and receive data over the Internet. Microsoft Internet Explorer 6 or equivalent browser and above supports this feature. You will also need either a printer connected to your computer to print disclosures/notices or sufficient hard drive space available to save the information (e.g., 1 megabyte or more). You must have your own Internet service provider. We may amend (add to, delete or change) the terms of this Consent to electronic communication by providing you with advance notice.

### CONSENT TO RECEIVE TELEPHONE CALLS AND TEXT MESSAGES

**CONSENT TO TELEPHONE CALLS AND TEXT MESSAGES.** By electronically signing this Agreement by clicking the "I AGREE" button and entering your name below, you consent to receiving calls and Text Messages pertaining to your loan, including but not limited to, payment information, account information, due dates, delinquencies, program updates relating to your loan, and collection efforts, at any phone number you have provided to us, our assignee(s), or anyone trying to collect the loan. You consent to calls and text messages using an automatic telephone dialing system or an artificial or prerecorded voice.

How To Unsubscribe: You may withdraw your consent to receive Text Messages by texting "STOP" to the message you receive, calling us at 888-217-7531 or emailing us at support@westsidelend.com. You may withdraw your consent to receive telephone calls using an automatic telephone dialing system or an artificial or prerecorded voice by calling us at 888-217-7531 or emailing us at support@westsidelend.com. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously

valid mobile phone number, as a withdrawal of your consent to receive calls or Text Messages. We will not impose any fee upon you to process the withdrawal of your consent to receive calls or Text Messages. Any withdrawal of your consent to receive calls or use Text Messages will be effective only after we have a reasonable period of time to process your withdrawal.

In order to access, view, and retain Text Messages that We make available to You, You must have: (1) a Text Message-capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on Your mobile phone.

To request additional information, text "HELP" to the message you receive or contact us by telephone at 888-217-7531.

The services are available from most of the carriers that offer Text Messaging. Consult your mobile service carrier to confirm that they offer Text Messaging.

There is no service fee for Text Messages but you are responsible for all charges imposed by your communications service provider, such as fees associated with Text Messaging. Consult your mobile service carrier's pricing plan to determine the charges for sending and receiving Text Messages. These charges will appear on your phone bill. Message frequency depends on account settings

You agree that We may send any Operational Text Messages related to Your loan through Your communication service provider in order to deliver them to You and that Your communication service provider is acting as Your agent in this capacity. You agree to indemnify, defend and hold Us harmless from and against all claims, losses, liability, cost, and expenses (including reasonable attorneys' fees) arising from Your provision of a mobile phone number that is not Your own or Your violation of applicable federal, state or local law, regulation or ordinance relating to Text Messages. Your obligation under this paragraph shall survive termination of this Loan Agreement. You agree that Text Messages are provided for Your convenience only.

Receipt of each Text Message may be delayed or impacted by factors pertaining to your communications service provider. We will not be liable for losses or damages arising from any disclosure of account information to third parties, non-delivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the Text Messages sent by us. We may modify or terminate our Text Messaging services from time to time, for any reason, with or without notice, and without liability to you, any other user or third party.

**CONSENT TO RECEIVE ADVERTISING OR TELEMARKETING TEXT MESSAGES AND TELEPHONE CALLS**

By signing this section, you consent to our sending you Advertising and Telemarketing Text Messages to the mobile phone number you have provided below. You also consent to our making advertising or telemarketing calls to you at your mobile phone number using automatic telephone dialing system or an artificial or prerecorded voice calls or texts.

**Signing this section will be deemed to be your signature acknowledging your consent to receive Advertising and Telemarketing Text Messages and telephone calls as described above to your mobile phone at 888-217-7531.**

**You are not required to consent to Advertising or Telemarketing Text Messages or calls to obtain credit or other services from us. At any time, you may withdraw your consent to receive Advertising or Telemarketing Text Messages or marketing calls to the mobile number provided by calling us at 888-217-7531 or emailing us at support@westsidelend.com .**

**You understand that: any Text Messages We send You may be accessed by anyone with access to Your Text Messages; and Your mobile phone service provider may charge You fees for Text Messages that We send You, and You agree that We shall have no liability for the cost of any Text Messages.**

**JOSEPH MORGAN**

**DATE:** 2021-08-23 17:16:38 EDT

**COVERED BORROWER IDENTIFICATION STATEMENT**

We provide important protections to active duty members of the Armed Forces and their dependents. To ensure that these protections are provided to eligible applicants, we require you to select and electronically sign this statement if applicable:

**I AM NOT a regular or reserve member of the Army, Navy, Marine Corps, Air Force or Coast Guard, serving on active duty under a call or order that does not specify a period of thirty (30) days or fewer (or a dependent of such a member).**

**BY TYPING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS COVERED BORROWER IDENTIFICATION STATEMENT.**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS DISBURSEMENT AND PAYMENT CHOICE AUTHORIZATION OR WILL REQUEST THAT A PAPER COPY BE DELIVERD TO YOU FOR YOUR RECORDS.**

**I JOSEPH MORGAN agree to this Covered Borrower Identification Provision.**



**JOSEPH MORGAN**

**DATE:** 2021-08-23 17:16:40 EDT

**SIGNATURE AND ACCEPTANCE OF ALL TERMS AND CONDITIONS**

**BY ENTERING YOUR NAME AND CLICKING THE "I AGREE" BUTTON BELOW, YOU ARE ELECTRONICALLY SIGNING THIS LOAN AGREEMENT AND AGREEING TO ALL THE TERMS OF THIS LOAN AGREEMENT INCLUDING:**

**ACH CREDIT DISBURSEMENT AUTHORIZATION**

**PAYMENT AUTHORIZATION UPON DEFAULT**

**ARBITRATION PROVISION AUTHORIZATION**

**THE CONSENT TO RECEIVE TELEPHONE CALLS AND TEXT MESSAGES**

**THE COVERED BORROWER IDENTIFICATION STATEMENT**

**YOU ALSO ACKNOWLEDGE YOUR ABILITY TO DOWNLOAD OR PRINT A FULLY COMPLETED COPY OF THIS LOAN AGREEMENT OR WILL REQUEST THAT A PAPER COPY BE DELIVERD TO YOU FOR YOUR RECORDS.**



**JOSEPH MORGAN**

**DATE:** 2021-08-23 17:16:44 EDT

**ERROR RESOLUTION NOTICE:** In the event (i) you have a question about an electronic transfer or if (ii) you find an error, you must telephone us at 888-217-7531, email us at support@westsidelend.com, or contact us by mail at Po Box 687, Keshena WI 54135. We must hear from you no later than sixty (60) days after the FIRST debit or credit that is the basis of the problem or error. (1) Tell us your name and account number (if any); (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information; and (3) Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days. We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question. If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) business days, we may not credit your account.

For errors involving new accounts, we may take up to ninety (90) days to investigate your complaint or question. For new accounts, we may take up to twenty (20) business days to credit your account for the amount you think is in error. We will tell you the results within three (3) business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

**PRIVACY POLICY**

Rev. November 2017

| FACTS | WHAT DOES West Side Lending, LLC DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share Your personal information. Consumers have the right to limit some but not all sharing. This notice tells You how We collect, share, and protect Your personal information. Please read this notice carefully to understand what We do. |
| What? | The types of personal information We collect and share depend on the product or service You have with Us. This information can include:<br>*Social Security number and checking account information<br>*Payment history and income<br>*Employment information and wire transfer instructions |
| How? | All financial companies need to share customers' personal information to run their everyday business. In the section below, We list the reasons financial companies can share their customers personal information; the reason West Side Lending, LLC chooses to share; and whether You can limit this sharing. |

| Reasons we can share your personal information | Does West Side Lending, LLC share? | Can you limit this sharing? |
|---|---|---|
| For our everyday business purposes - such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus. | YES | NO |
| For our marketing purposes to offer our products and services to You | YES | NO |
| For joint marketing with other financial companies | YES | NO |
| For our affiliates' everyday business purposes-information about your transactions and experiences | YES | NO |
| For our affiliates' everyday business purposes-information about your creditworthiness | YES | YES |
| For our affiliates to market to you | YES | YES |
| For non-affiliates to market to you | YES | YES |

| To limit our sharing | *Call 888-217-7531 and our menu will prompt You through Your choices or<br>*Visit Us on the web at www.westsidelend.com<br>*Contact Us via email at support@westsidelend.com<br>Please note:<br>If You are a new customer, We can begin sharing Your information 30 days from the date We sent this notice. When You are no longer our customer, We can share Your information as described in this notice. However, You can contact Us at any time to limit our sharing. |
|---|---|

| Questions? | Call 888-217-7531 or go to www.westsidelend.com |
|---|---|

| Who we are: | |
|---|---|
| Who is providing this notice? | West Side Lending, LLC, a business entity of the Menominee Tribe of Wisconsin |

| What we do: | |
|---|---|
| How does West Side Lending, LLC protect my personal information? | To protect Your personal information from unauthorized access and use, We use security measures. These measures include computer safeguards and secured files and buildings. |
| How does West Side Lending, LLC collect my personal information? | We collect Your personal information, for example, when You<br>*Apply for a loan<br>*Give Us Your income information<br>*Tell Us where to send the money<br>*Provide account information<br>*Provide employment information<br>We also collect Your personal information from others, such as credit bureaus, affiliates or other companies. |
| Why can't I limit all sharing? | You have the right to limit only<br>*sharing for affiliates' everyday business purposes - information about Your creditworthiness<br>*affiliates from using Your information to market to You<br>*sharing for non-affiliates to market to You |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to everyone on your account. |

| Definitions: | |
|---|---|
| Affiliates | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>*Our affiliates include other business entities of the Tribe. |
| Non-affiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies. |
| Joint marketing | A formal agreement between non-affiliated financial companies that together market financial products or services to You.<br>West Side Lending, LLC, does not jointly market. |