**EXHIBIT F**

Skip Navigation



# State of Wisconsin Department of Financial Institutions
*Strengthening Wisconsin's Financial Future*

DANIEL A EDELMAN
Saturday, December 11, 2021

\* - Required Field

## UCC Quick Search

Instructions (/Home/InstructionFile?filingtypeid=5)

Debtor Quick Search ▶ Search Results ▶

| UCC Quick Search Result Through Date: 12/09/2021 | | Debtor Name: west side lending | | City: | | | |
|---|---|---|---|---|---|---|---|
| **File Number** | **Lien Type** | **Debtor Name** | **Debtor City and State** | **Secured Party Name** | **Filing Date** | **Lapse Date** | **Status** |
| 20201019000162-2 | UCC Lien | WEST SIDE LENDING LLC | KESHENA Wisconsin | NEW PLATFORM FUND, LLC | 10/16/2020 | 10/16/2025 | Active |

Page 1 of 1                                                                                  (QuickSearchResultExport?h

Request Copies    Back

Copyright 2021 State of Wisconsin

**Wisconsin Department of Financial Institutions - Uniform Commercial Code**

Filing Number: 20201019000162-2

Filing Date and Time: 10/16/2020 12:00 PM

Total Number of Pages: 2

*(This document was filed electronically.)*

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**

**B. E-MAIL CONTACT AT FILER (optional)** 458028 001

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

S2H
Corporation Service Company
301 S. Bedford St. Suite 1
Madison, WI 53703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WEST SIDE LENDING LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| N/A | N/A | N/A | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| W2818 Warrington Road, P.O. Box 460 | Keshena | WI | 54135 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| N/A | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| N/A | N/A | N/A | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| NEW PLATFORM FUND, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| N/A | N/A | N/A | | N/A |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| W2818 Warrington Road P.O. Box 1017 | Keshena | WI | 54135 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
See attached Exhibit A, which is incorporated by reference.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

Wisconsin Department of Financial Institutions    Page 2 of 2    Filing # 20201019000162-2    Filed - 10/16/2020 12:00 PM

Exhibit A to UCC-1

4. COLLATERAL: This financing statement covers the following collateral:

(a) All of Debtor's revenues.

(b) All accounts, chattel paper, contract rights, documents, general intangibles, goods, instruments, including, but not limited to, notes and all documentation related thereto, and inventory of the Debtor or any part thereof and whether now or hereafter acquired.

(c) All general intangibles of the Debtor, including, but not limited to, partnership revenue, debtor repayments, tax refunds, intellectual property including all patents and applications for patents, copyrights, trademarks, trade secrets, goodwill, trade names, permits and franchises, customer lists, customer data, payment intangibles, computer programs and all supporting information provided in connection with a transaction relating to computer programs, whether now or hereafter acquired.

(d) All products and cash and noncash proceeds (including without limitation money and rights to the payment of money) of the foregoing. Proceeds includes anything acquired upon the sale, lease, license, exchange, or other disposition of the Collateral, any rights and claims arising from the Collateral and any collections and distributions on account of the Collateral.

(e) All documentation, books and records pertaining to the Collateral described in Subsections (a) through (d) above.

(f) All amounts on deposit from time to time in any Debtor accounts, including but not limited to all amounts on deposit from time to time in the Deposit Account (as this term is defined in and established by the Debtor pursuant to the Credit Agreement) and all of the books and records pertaining to all such deposits and the Deposit Account.