**EXHIBIT H**



**WOLF RIVER**
DEVELOPMENT COMPANY

# Compliance Manager

## Five Clans Lending LLC

| Second Posting – Open to the public. | | |
|---|---|---|
| Closing Date: January 7, 2022 | Minimum Pay Rate: $ TBD | |
| Grade: 11- Exempt | Status: Regular/Full-time | Created: 09/15/2021 |

### General Overview of Job:

Under the general supervision of the Operations Director, the purpose of this position is to provide necessary compliance oversight and adaptation of procedures, policies, and reporting processes with all clients and partners.

### Essential Functions:

- Conduct the internal investigation of compliance issues monthly, quarterly, and annually to identify issues and ensure compliance procedures are followed.
- Monitor the handling and reporting of complaints and investigation progress/outcomes to the director or others as directed.
- Conduct testing and reviews of quality assurance reports to ensure operational compliance with applicable regulating agencies as the pertain to: BSA/AML, TILA, GLBA, FDCPA, EFTA, UDAAP, ECOA, etc.
- Develop and deliver compliance reports as requested.
- Assist in the creation and enforcement of written policies and procedures related to compliance activities.
- Create, implement, and provide oversight on both new hire training, onboarding and ongoing compliance related training as required by all employees.
- Coordinate with different department managers to review all departmental compliance policies.
- Contribute to the enhancement of the overall risk and compliance profile of the company.



**WOLF RIVER**
DEVELOPMENT COMPANY

- Communicate with HR in the process of creating and delivering performance reviews, addressing personnel conflicts, and delivering feedback, coaching or other disciplinary as applicable.
- Interact with outside counsel and vendors as appropriate.
- Research regulations, legal requirements, and industry best practices.
- Perform related duties as directed

### Minimum Qualifications:

Associates Degree in Business Administration or related field is required. Bachelor's degree preferred. Three (3) years of experience in compliance and/or quality assurance role. Experience in the lending industry is preferred.

### Special Requirements:

Candidate selected for hire must pass a drug test and employment will be contingent based on the results of said test.

Driver's licenses required.

### Performance Aptitudes:

**Data Utilization:** Requires the ability to perform basic level of data analysis including the ability to review, classify, categorize, prioritize, and/or reference data, statues, and or/guidelines and/or group. Rank, investigate and diagnose. Requires discretion in determining and referencing such to established standards to recognize interactive effects and relationships.

**Human Interaction:** Requires the ability to act as a first line supervisor, including scheduling, providing employee feedback, and recommending employee selection.

**Equipment. Machinery, Tools, and Materials Utilization:** Requires the ability to operate, maneuver and/or provide simple but continuous adjustment on equipment, machinery, tools and/or materials used in performing essential functions.

**Verbal Aptitude:** Requires the ability to utilize a wide variety of reference and descriptive data and information.



**WOLF RIVER**
DEVELOPMENT COMPANY

**Mathematical Aptitude:** Requires applying and understanding of the principles and techniques of systems to manage and/or influence others.

**Situational Reasoning:** Requires applying judgement, decisiveness, and creativity in dealing with situations involving the evaluation of information against sensory or judgmental criteria.

## Behavior Expectations:

Must be able to work in a properly collegial relationship with co-workers. Must be able to interact with other departments in a spirit of compromise. Must be able to take on additional responsibilities in a spirit of cooperation and teamwork. Must be able to maintain an atmosphere of trust, fairness, and respect and be mutually supportive with co-workers. Must be able to maintain strict confidentiality.

# * To apply please visit our website www.wolfriverdevelopment.com or email us at HR@wolfriverdev.com *

# Management

## Wolf River Development Departments


**Retail Manager -
Angel Summers**

angel.summers@wolfriverdev.com


**Lending -
Jeremy Pieper**

jeremy.pieper@wolfriverdev.com


**Primal Woods -
Wayne White**

wayne.white@wolfriverdev.com


**GM -
Jennifer Peters**

jennifer.peters@wolfriverdev.com


**Finance Manager -
Kyle West**

kyle.west@wolfriverdev.com


**HR Manager -
Kaycee Frechette**

kaycee.frechette@wolfriverdev.com