## AFFIDAVIT OF SERVICE

| | |
|---|---|
| **Case No:** 1:22-cv-03674 | **Court:** Northern District of Illinois, Eastern Division |
| **Plaintiff:** Joseph Morgan, et al. | **Defendant:** West Side Lending, LLC; Jennifer Peters; Wolf River Development Company; New Platform Fund, LLC; and John Does 1-20 |
| **Received by:** White Pine Investigations | **For:** Edelman, Combs, Latturner & Goodwin, LLC |
| **To be served upon:** West Side Lending, LLC | |

I, Paul Johnson, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name/Address:** West Side Lending, LLC, c/o Office of the Menomonee Indian Tribe of Wisconsin, W2908 Tribal Office Loop Road, Keshena, WI 54135

**Time/Manner of Service:** Personally served West Side Lending, LLC by personal handing to: Assistant Tribal Attorney Danica Dawieja on August 25, 2022 at 3:55 p.m.

**Documents:** Summons and Complaint – Class Action with Exhibits

**Additional Comments:** Description of Assistant Tribal Attorney Danica Dawieja, person served: 40 y/o, Hispanic female, 5ft – 6in., black hair, eyes brown, no glasses.

_____  September 6, 2022
(Process Server Name)    Date

Subscribed and sworn to before me by the affiant who is personally known to me

_____
Notary public

9-6-2022        12-5-2022
Date            Commission Expires

[Notary Seal: LORI A. ALLARD, NOTARY PUBLIC, STATE OF WISCONSIN]

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Joseph Morgan, et al.

                V.

West Side Lending, LLC, et al.

CASE NUMBER: 1:22-cv-3674

ASSIGNED JUDGE: John Robert Blakey

DESIGNATED MAGISTRATE JUDGE: Jeffrey Cole

TO: (Name and address of Defendant)

West Side Lending
W2818 Warrington Road
Keshena, WI 54135

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

K. Albert

(By) DEPUTY CLERK



July 15, 2022

DATE