# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH MORGAN,<br>on behalf of Plaintiff and the class members described herein,<br><br>      Plaintiff,<br><br>   v.<br><br>WEST SIDE LENDING, LLC, JENNIFER PETERS; WOLF RIVER DEVELOPMENT COMPANY; NEW PLATFORM FUND, LLC; and JOHN DOES 1-20,<br><br>      Defendants. | Case No.: 1:22-cv-03674<br><br>Judge John Robert Blakey<br>Magistrate Judge Jeffrey Cole |

## NOTICE AND REQUEST TO STAY DEADLINES

Plaintiff, Joseph Morgan, and Defendants, West Side Lending, LLC, Jennifer Peters, Wolf River Development Company, and New Platform Fund, LLC (collectively, "Defendants"), respectfully submit this notice to inform the Court that the Parties have resolved this matter and expect to file a stipulation of dismissal within the next sixty days. Accordingly, the Parties request that the Court stay all pending deadlines.

Respectfully submitted,

DATED: October 13, 2022

| | |
|---|---|
| */s/ Matthew J. Goldstein*<br>Daniel A. Edelman<br>Tara L. Goodwin<br>Dulijaza (Julie) Clark<br>Matthew J. Goldstein<br>EDELMAN COMBS LATTURNER<br>  & GOODWIN, LLC<br>20 S. Clark St., Suite 1500<br>Chicago, IL 60603<br>(312) 739-4200 | */s/ Bryant Lamer* (with consent)<br>Bryant Lamer #6271286<br>SPENCER FANE LLP<br>1000 Walnut St., Suite 1400<br>Kansas City, MO 64110<br>(816) 292-8296 (Telephone)<br>(816) 474-3216 (Facsimile)<br>Email: blamer@spencerfane.com<br><br>*Counsel for Defendants* |

1

dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
courtecl@edcombs.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Matthew J. Goldstein, hereby certify that on Thursday, October 13, 2022, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which sent notice via email to all counsel of record.

                                               */s/ Matthew J. Goldstein*
                                               Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
      **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com