**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOSEPH MORGAN, )<br>on behalf of Plaintiff and the class )<br>members described herein, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　v. )<br>　　　　　　　　　　　　　　　　　　)<br>WEST SIDE LENDING, LLC; )<br>JENNIFER PETERS; WOLF RIVER )<br>DEVELOPMENT COMPANY; NEW )<br>PLATFORM FUND, LLC; )<br>and JOHN DOES 1-20, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants. ) | Case No.: 1:22-cv-03674<br><br>Hon. John Robert Blakey<br>Magistrate Judge Jeffrey Cole |

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Joseph Morgan voluntarily dismisses his individual claims against Defendants West Side Lending, LLC, Jennifer Peters, Wolf River Development Company, and New Platform Fund, LLC with prejudice, with each party to bear their own costs. Plaintiff voluntarily dismisses the claims of the putative classes without prejudice, with each party to bear their own costs.

DATED: January 11, 2023

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew J. Goldstein*
　　　　　　　　　　　　　　　　　　　　　　　　Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
Matthew J. Goldstein
**EDELMAN COMBS LATTURNER**
　　　**& GOODWIN, LLC**
20 S. Clark St., Suite 1500
Chicago, IL 60603

1

(312) 739-4200
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I, Matthew J. Goldstein, hereby certify that on Wednesday, January 11, 2023, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, and sent to the following parties by email:

  Bryant Lamer
  SPENCER FANE LLP
  1000 Walnut St. Suite 1400
  Kansas City, MO 64110
  blamer@spencerfane.com

  *Counsel for Defendants*

             */s/ Matthew J. Goldstein*
             Matthew J. Goldstein

Daniel A. Edelman
Tara L. Goodwin
Dulijaza (Julie) Clark
Matthew J. Goldstein
**EDELMAN, COMBS, LATTURNER**
  **& GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
dedelman@edcombs.com
tgoodwin@edcombs.com
jclark@edcombs.com
mgoldstein@edcombs.com
Email address for service: courtecl@edcombs.com